DocuSign Envelope ID: 4693449B-A6ED-4EB5-9796-0B04870BA428

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 7:22-cr-00021 |
| v. | ) |
| | ) |
| | ) |
| DEBORAH LYNN MYERS | ) |
| Defendant | ) |
| | ) |

## FACTUAL BASIS

If this matter proceeded to trial, the United States of America would prove the following facts beyond a reasonable doubt with admissible and relevant evidence:

1. Defendant DEBORAH LYNN MYERS ("Myers") resides in Rocky Mount, Virginia, which is located in the Western District of Virginia.

2. Supplemental Security Income (SSI) is a federal program that makes monthly payments to people who have limited income and resources if they are age 65 or older OR if they are blind OR have another disability. Since SSI is a needs-based program, an individual must have limited income and resources to qualify once they meet the disability requirements. All income and resources in the disabled individual's household, from all sources, is considered and may affect the amount of SSI benefits paid to an eligible person.

3. Myers began receiving SSI from the Social Security Administration ("SSA") based on a mental disability. She applied for the benefits in person in the Roanoke, Virginia office. At the time of the application, she was living on Heatherwood Drive.

4. Myers applied for SSI from SSA on the basis of this disability. Both the SSI Application Summary for Supplemental Security Income and SSI Notice of Award informed Myers of her reporting responsibilities to the SSA. Particularly, it informed her of her responsibility to notify the SSA of her monetary resources and assets and any change in living arrangements.

5. Myers concealed her living arrangement and monetary resources in an effort to remain eligible for SSA benefits.

6. Myers and her husband separated but in 2014 they returned to co-habitating.

7. In addition, in 2016, Myer's sister died. Myers was the recipient of the entire estate, to include a home, insurance payout, and 401k. The insurance pay out totaled $160,000 and the 401k. was valued at $135,000. Myers received approximately $800 per month from the 401k. The home was sold in 2018 for $180,000.

8. SSA determined MYERS concealed her living arrangement and monetary resources from the SSA and continued to receive benefit payments to which she was not entitled.

9. The SSA determined that MYERS fraudulently received $46,922 from the SSA during the months of January 2015 to March 2020.

Christopher R. Kavanaugh
United States Attorney

By:
Date: 05/27/2020

*Charlene Day*
Charlene Day
Assistant United States Attorney

DocuSign Envelope ID: 4693449B-A6ED-4EB5-9796-0B04870BA428

Date: 5/27/2022

Date: 5/27/2022

*DocuSigned by:* Deborah Myers
57E5EE98EA174AD...
DEBORAH LYNN MYERS
Defendant

*DocuSigned by:* Monica Cliatt
A5EDD44A7B9F4F3...
Monica Cliatt
Counsel for Defendant